ENRIQUE RIVERA
#F-19100 (C-6- )
P.O. BOX 5103
DELANO, CAL. 93216

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 21 PM 3:29
CLERK US DISTRICT COURT
SOUTHERN DIST... CALIFORNIA
BY RM DEPUTY

FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se

ENRIQUE RIVERA, )
                )
       PETITIONER, )
                )   CASE NO.
vs.             )
                )   APPLICATION TO PROCEED
                )   IN FORMA PAUPERIS
A. HEDGPETH, WARDEN, )
                )
       RESPONDENT. )

'08 CV 0535 JM RBB

I, ENRIQUE RIVERA (#F-19100), declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Approx 2003, $6.75 per hour. @ El Pollo Loco in Riverside Cal.

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ (No) ✓

    b. Income from stocks, bonds, or royalties?      Yes ____ (No) ✓

    c. Rent payments?      Yes ____ (No) ✓

    d. Pensions, annuities, or life insurance payments?      Yes ____ (No) ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ (No) ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ____ (No) ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:

$ _____ ∅ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

— NONE —

_____

5. Do you own or are you buying a home?      Yes _____ (No) ✓
Estimated Market Value: $_____ Amount of Mortgage: $_____

2

6.  Do you own an automobile?    Yes _____  (No) ✓

Make _____   Year _____   Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, verified by an officer of the prison.)

Yes _____  (No) ✓

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes _____ (No) ✓  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes _____  No _____

_____

8.  What are your monthly expenses?

Rent:  $ _____   Utilities: _____

Food:  $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

$10,000 RESTITUTION RE CURRENT CONVICTION

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____ (No) ✓

3

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

— NONE FILED —

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/27/2008
DATE

X _C. [signature]_
SIGNATURE OF APPLICANT

10/94

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto are true and correct copies of the prisoner account transactions of _E. Rivera F19100_ at _Kern Valley State Prison_ where (s)he is confined.

_____
Authorized Officer of the Institution
Kern Valley State Prison

10/94

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/12/08
                                                           PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              KERN VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 12, 2008

ACCOUNT NUMBER  : F19100                 BED/CELL NUMBER: FCB6000000000210U
ACCOUNT NAME    : RIVERA, ENRIQUE        ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------   -------   ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                            62.58

09/11 FC03 DRAW-FAC 3     0400/FC1D                            62.58        0.00

                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL       CURRENT     HOLDS     TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
   ---------    ---------    -----------   -------    -------    ------------
     62.58        0.00         62.58        0.00       0.00         0.00

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                   ---------
                                                     0.00
```



THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
       TRUST OFFICE