UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE RIVERA,<br><br>        Petitioner,<br><br> vs.<br><br>A. HEDGPETH, Warden, et al.,<br><br>        Respondents. | Civil No.  08cv0535-JM (RBB)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |

   Petitioner, a California state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with a motion to proceed in forma pauperis. Petitioner challenges a conviction from the Riverside County Superior Court in Riverside, California. In accordance with the practice of district courts in California, the Court transfers the Petition to the United States District Court for the Central District of California, Eastern Division. The Court does not rule on Petitioner's in forma pauperis request.

   A petition for writ of habeas corpus may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner here attacks a conviction suffered in the Riverside

1  County Superior Court in Riverside, California. (Pet. at 1.) That court is located in Riverside
2  County, which is within the jurisdictional boundaries of the United States District Court for the
3  Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1). Petitioner is presently
4  confined at Kern Valley State Prison in Delano, California. That prison is located in Kern
5  County, California, within the jurisdictional boundaries of the United States District Court for
6  the Eastern District of California. See 28 U.S.C. § 84(b). Jurisdiction over this Petition thus
7  exists in the Central District of California, Eastern Division, and in the Eastern District of
8  California. See 28 U.S.C. § 2241(d).

9  Although this Court does not have jurisdiction over the action, "[u]nder a provision of the
10 Federal Courts Improvement Act, 28 U.S.C. § 1631, if a court finds that there is a want of
11 jurisdiction the court shall transfer the action to any other such court in which the action could
12 have been brought 'if it is in the interest of justice.'" Miller v. Hambrick, 905 F.2d 259, 262 (9th
13 Cir. 1990) (citing In re McCauley, 814 F.2d 1350, 1351-52 (9th Cir. 1987)). The Ninth Circuit
14 has held that transferring a habeas corpus proceeding to a district with proper jurisdiction will
15 be in the interest of justice because normally dismissal of an action that could be brought
16 elsewhere is "time-consuming and justice-defeating." Miller, 905 F.2d at 262 (quoting
17 Goldlawr, Inc. v. Heiman, 369 U.S. 463, 467 (1962). Therefore, pursuant to 28 U.S.C. § 1631,
18 this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C.
19 § 2241(d). It is generally the practice of the district courts in California to transfer habeas
20 actions challenging a state conviction to the district in which a petitioner was convicted. Any
21 and all records, witnesses and evidence necessary for the resolution of a petitioner's contentions
22 are more readily available in that district. See Braden, 410 U.S. at 497, 499 n.15; Laue v.
23 Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). In this case, that district is the Central District
24 of California, Eastern Division. Therefore, in the furtherance of justice,

25 **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States
26 District Court for the Central District of California, Eastern Division. See 28 U.S.C. § 2241(d).
27 ///
28 ///

1     **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order
2 upon Petitioner and upon the California Attorney General.
3 DATED:  April 2, 2008

                                                       *[signature]*

                                                       Hon. Jeffrey T. Miller
                                                       United States District Judge